UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCES FELICIA FABRI,

    Plaintiff,

v.                                                      Case No: 2:14-cv-730-FtM-38DNF

WYNN PROPERTIES, INC. and JEFFREY WYNN,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket in this action. On March 13, 2015, Plaintiff filed a Notice with the Court explaining that the Parties have reached an agreement to settle and anticipated filing a joint motion for approval of the settlement agreement within the next twenty-one days. (Doc. #22). Now, twenty-four days later, the Court has not received the joint motion.

Accordingly, it is now **ORDERED:**

The Parties must advise the Court on or before **April 13, 2015**, as to the status of settlement in this case.

**DONE** and **ORDERED** in Fort Myers, Florida, this 6th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.